UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 FINISHING TRADES INSTITUTE and TRUSTEES OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES NATIONAL PENSION FUND and DISTRICT COUNCIL NO. 9, GLAZIERS LOCAL UNION NO. 1087, | Index No.: |
| Plaintiffs, | |
| -against- | DEFAULT JUDGMENT |
| AAA WINDOWS & DOORS NJ a.k.a. AAA WINDOW & DOORS CORPORATION, | |
| Defendant. | |

---

This action having been commenced on January 29, 2024, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, AAA Windows & Doors NJ a.k.a. AAA Windows & Doors Corporation on January 31, 2024, via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on February 2, 2024, and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of Eight Thousand Four Hundred Sixty Three Dollars and Nine Cents ($ 8,463.09), which includes the following: contributions due and owing in the sum of 4,135.28 for the audits periods August 1, 2019, through to and including December 31, 2020 and January 1, 2021 through to and including March 31, 2022; interest in the sum of $652.75 calculated at 2% above prime per annum through to February 29, 2024 on the unpaid audits; liquidated damages in the sum of $827.06 calculated at 20% of the principal amount owed; attorneys' fees in the sum of $2,368.00; plus court costs and disbursements of this action in the sum of $480.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
4/30, 2024

So Ordered:

_____
Honorable Cathy Seibel, U.S.D.J.